**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ACTIVEMAP LLC,<br>*Plaintiff*,<br>v.<br>THE TILE SHOP, LLC,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00167-RWS-RSP |

**<u>ORDER</u>**

Before the Court is Plaintiff's Notice of Dismissal filed. **Dkt. No. 7**. In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH prejudice. *Id*. at 1. In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 23rd day of April, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE